IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TREVOR TOLBERT,

    Plaintiff,

v.    CV 619-105

WARDEN MARTY ALLEN, WARDEN
MARTY ALLEN individually,
GEORGIA STATE PRISON, and
GEORGIA DEPARTMENT OF
CORRECTIONS,

    Defendants.

---

O R D E R

---

On August 6, 2020, the Court ordered Plaintiff Trevor Tolbert to show cause within fourteen days as to why this case should not be dismissed for failure to perfect service and prosecute. (See Doc. 3.) That time has passed without response from Plaintiff or any other action upon the record.

Under Local Rule 41.1, the Court may, after notice, dismiss any action with or without prejudice for want of prosecution if a party (1) fails to comply with an order compelling discovery; (2) willfully disobeys or neglects any order of the Court; or (3) fails to prosecute the action with reasonable promptness. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 26th day of August, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA