AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TREVOR TOLBERT,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 619-105

WARDEN MARTY ALLEN, WARDEN MARTY ALLEN individually, GEORGIA STATE PRISON, and GEORGIA DEPARTMENT OF CORRECTIONS,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated August 26, 2020, this case is DISMISSED without prejudice for want of prosecution. This case stands CLOSED.

08/26/2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

*Jamie Hodge*
*(By) Deputy Clerk*

GAS Rev 10/1/03